IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60886
Conference Calendar

_____


ROY RANDALL HARPER;
H. TRENT EASON,

                                      Plaintiffs-Appellants,


versus

RAYMOND ROBERTS; DIRECTOR
OF THE CORRECTIONAL LAW
LIBRARIES; JOHN DOES,

                                      Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:96-CV-100-D-A
- - - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Roy Randall Harper, Mississippi state prisoner # 42168, and

H. Trent Eason, Mississippi state prisoner # 47551, argue that

the district court abused its discretion in dismissing their

complaint as frivolous.  The appellants alleged in the district

court that they do not receive adequate access to the prison law

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

library and that the problem has been exacerbated by the loss of their personal word processors.

We have reviewed the record, including the opinion of the district court, and the appellants' brief, and find that the district court did not abuse its discretion in dismissing the complaint as frivolous.  The appellants' complaint does not reflect that their legal positions were prejudiced by their alleged limited access to the law library or by the loss of their personal word processors.  See Lewis v. Casey, 116 S. Ct. 2174, 2179-80 (1996).

Because the appellants have failed to raise an issue of arguable merit on appeal, the appeal is DISMISSED as frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

We caution Harper and Eason that any additional frivolous appeals filed by either of them will invite the imposition of sanctions.  To avoid sanctions, Harper and Eason are further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.